IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER DREW LARIMORE, | No. CIV S-09-2389-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES YATES, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are petitioner's requests for leave to proceed in forma pauperis (Docs. 2 and 3).  Petitioner's petition will be addressed separately.

      Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motions for leave to
2  proceed in forma pauperis (Docs. 2 and 3) are granted.

 DATED: August 31, 2009

                                                      **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE